FILED

# THE UNITED STATES DISTRICT COURT
## JACKSONVILLE, FL.

2022 JUN 16 PM 10: 54

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

LEE F. ADAMS, K87485
(BEN-LOT'SHALOM ELOHIM BENYAHWEH)
       PLAINTIFF,

Legal Mail
Provided to Florida State Prison on
6/13/22 for mailing by ___B___

-Vs.-

3:22-cv-675-BJD-PDB

SECRETARY OF FDC, DIXION, - I/G.
FLORIDA STATE PRISON WARDEN, DAVIS,
C.O.II SGT. TYRE, COLONEL OFFICE,
INSTITUTION INSPECTOR,
DISCIPLINARY TEAM AND INVESTIGATIONS,
3 OFFICIALS OF FLORIDA STATE PRISON, et al
              DEFENDANT(S)

## JURISDICTION OF VENUE 1983

COME NOW, the Plaintiff pro se, in the above style caption and cause motion of "Jurisdiction of Venue 1983" herein has submitted to this honorable proceeding to recieve an immediate response, to pursue civil actions against all defendants, so help me judge.

The support of evidence, Forma Pauperis of my inmate account will support payment of full amount.

1

## STATEMENT OF FACTS

The Supreme Court of Florida is in Possession of mandating an order concerning video camera & Audio recordings to support all civil claims against all defendants, concerning PREA, Falsified Documents, Significant Hardship, Cruel & Unusual Punishment, Official Misconduct, And officials concert of harrassment. Grievances supporting these claims has been an act of reprisal according to chapter-33-103.017 Anotation code under FDC, which NO response for further disposition of litigations has been deprived from the Plaintiff. The Plaintiff seeks Now this court's immediate response to pursue civil actions under imminent danger of being sexually, physically and verbally assulted. TIME IS OF THE ESSENCE.

Signature: /s/ x Lee F. Adams
Print: x Lee F. Adams K87485
Florida State Prison M/U
P.O. Box 800
Raiford, FL 32083

## CONTINUAL CONSTITUTIONAL VIOLATIONS BY OFFICIALS

1. PREA SEXUALLY ASSAULTED VIOLATES 8TH AMENDS.
2. CRUEL UNUSUAL PUNISHMENT VIOLATES 8TH AMENDS.
3. DENIED DUE PROCESS VIOLATES 14TH AMENDS.
4. SIGNIFICENT HARDSHIP BEING PLACED UNDER THE SUPERVISION OF THE OFFICIAL WHO SEXUALLY ASSAULTED VIOLATES THE 5TH & 8TH AMENDMENT TO THE U.S. CONSTITUTION.

2

5. D.R. investigation violates 14TH Amends.
6. Institutional Inspector violates 14TH Amends.
7. Sgt. Tyre violates 5TH, 8TH, 13TH, & 14TH Amends.
8. Warden Davis violates 5TH, 8TH, 13TH, & 14TH Amends.
9. FDC, Secretary Dixion, violates 5TH, 8TH, 13TH & 14TH Amendment Rights To The U.S. Constitution: I/G

### Conclusion & Closing

Florida State Prison, has sanctioned the lack of constitutional privileges affordered to all Prisoners under care-custody-and control, in the Florida Dep't of Corrections. The Plaintiff has no other means or options for relief, then to seek civil rights petition Against all defendants.

Signatur: /S/ Lee Adams
Print: Lee Adams K87485

### Relief Sought

1. Immediate Transfer within Region in which Plaintiff's original offense According To: Crosby v. Black Caucus of Florida Committee,
2. Sgt. Tyre Demoted or removed Reprimanded to Another Facility or seperate from working for FDC, or stand Federal indictment upon All Defendant(s) or officials,
3. Compensated & punitive Reward in the Amount of $10,000.00 Not to suceed $100.00 in it's Full Amount, To Conceal Government Public interest of Media, publication, or Federal investigations.

3

Wherefore, the Plaintiff has concluded and informed this Court therein relief sought, that, it is deemed necessary, just and proper, to impose all statement of The Facts included, to be served to all **defendants**. Furthermore, this motion of petition is final and it is constitutionally certain, That this honorable procedure and proceeding of Due Process be rendered by this court Granted and served upon the plaintiff a Docket #number and assigned a Judge.

Signature: /S/ Lee F. Adams
Print: Lee F. Adams K87485

4

## Certificate of Service

I hereby certify that the aforegoing is a true and correct (handwrit) copy sent by U.S. Mail TO: Clerk of Court, United States District Court, 300 N. Hogan ST., Suite #9-150, Jacksonville, FL 32202-4271, On This 12th day of June, 2022.

Respectfully Submitted,

Sign: /S/ Lee F. Adams
Print Name: /S/ Lee F. Adams #K87485
Florida State Prison M/U
P.O. Box 800
Raiford, FL 32083